IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SOUTHLAND METALS, INC.                                                         PLAINTIFF

v.                              CASE NO. 5:13-CV-05049

AMERICAN CASTINGS, LLC                                                         DEFENDANT

## JUDGMENT ON INTEREST, FEES, AND COSTS

In consideration of the Court's Order filed this date, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant American Castings, LLC is ordered to pay Plaintiff Southland Metals, Inc. the sum of $155,439.45 in prejudgment interest, $3,545.58 in costs, and $435,496.00 in attorney fees.

**IT IS SO ORDERED** this 24th day of September, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE